Report Date: July 14, 2021

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 14, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Brennon Lee De Lange | Case Number: 0980 2:19CR00095-TOR-1 |
| Address of Offender: ■■■■■■■■ | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 15, 2020

Original Offense: Attempted Distribution of 500 Grams or More of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 5 days; TSR - 60 days | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | October 15, 2020 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: | October 14, 2025 |

## PETITIONING THE COURT

To issue a summons and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 06/25/2021.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: Brennon De Lange is considered to be in violation of his period of supervised release by committing the offense of unlawful discharge of fireworks on or prior to July 4, 2021. |
| | On October 19, 2020, Mr. De Lange signed his Judgement in a Criminal Case stating he understood he was not to commit another federal, state, or local crime. |
| | On July 4, 2021, officers with the Kennewick Police Department in Kennewick, Washington, were dispatched to a fire at Mr. De Lange's residence. Upon arriving, officers noted a tree, fence, and shed were on fire. When officers spoke to Mr. De Lange's father he advised Mr. De Lange had been lighting off fireworks with his grandchildren. When officers spoke directly with Mr. De Lange he confirmed he had purchased fireworks and had been lighting them off. Mr. De Lange also showed the officers the discarded fireworks which were in his trash can. Mr. De Lange was cited under Benton County Case number 1A0501532 for unlawful discharge of fireworks as it is illegal to use fireworks inside the city limits of Kennewick. |

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 7/14/2021

David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge

July 14, 2021
Date